AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

bunk xxx and associated gray, metal locker
at the Mitch Snyder Homeless Shelter
located at xxx x$^{nd}$ Street NW, Washington DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Sean Fitzgerald_____ being duly sworn depose and say:

I am a(n)___Special Agent with the Federal Bureau of Investigation_____ and have reason to believe
(Official Title)

that  (name, description and or location)
in bunk xxx and associated gray, metal locker at the Mitch Snyder Homeless Shelter located at xxx x$^{nd}$ Street
NW, as further described in Attachment A of the attached affidavit,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
US currency, clothing, weapons, receipts of recent purchases, and other evidence, fruits and instrumentalities
of bank robbery, as further described in Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence and fruits of crime

concerning a violation of Title 18  United States Code, Section(s) 2113(a) . The facts to support a finding of Probable
Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☐  YES   ☒   NO

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

_____      at Washington, D.C.
Date

_____      _____
Name and Title of Judicial Officer          Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**
**for bunk xxx and associated gray, metal locker at the Mitch Snyder Homeless Shelter**
**located at xxx x[nd] Street NW, Washington, DC**

  I,  Sean M. Fitzgerald, Special Agent with the Federal Bureau of Investigation,

Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and

state as follows:

  1.  I am a Special Agent with the Federal Bureau of Investigation and have been so for

approximately 25 months .   I am currently assigned to the Bank Robbery Squad in Washington,

D.C., and have been so since October 2006.  I have  participated in numerous robbery

investigations and search warrants, resulting in the convictions of  defendants.

  2. This affidavit is submitted in support of a search warrant for bunk xxx and an

associated gray, metal locker at the Mitch Snyder Homeless Shelter located at xxx x[nd] Street NW,

Washington, DC.

  3. The facts and information contained in this affidavit are based upon my personal

knowledge and the investigation and observations of other officers and agents involved in the

investigation. All observations referenced below that were not personally made by me were

related to me by the persons who made such observations. This affidavit contains information

necessary to support probable cause for this application. It is not intended to include each and

every fact and matter observed by me or known to the government. The facts and circumstances

of the offense and subsequent identification of the suspect are listed below:

  4. On January 10, 2007, at approximately 2:35 p.m., a lone black male robbed Wachovia

Bank, xxxx K Street NW, Washington, DC, a federally insured financial institution.  The robber

verbally demanded money from a teller and showed the teller a silver handgun that he was

2

carrying in his left coat pocket.  The teller gave the bank robber $1,895.00, after which the suspect left the bank.  Eyewitnesses described the robber as a black male in his late 40's, between approximately 5'7" and 5'8", medium build, with a mustache and thick glasses.  The robber was wearing a dark knit hat, dark blue jacket, light blue collared shirt, and tan pants.  Clear photographs of the robber were obtained from the bank surveillance cameras.

5.  On January 25, 2007, at approximately 2:19 p.m., a lone black male robbed the Chevy Chase Bank, xxx New York Avenue NW, Washington, DC, a federally insured financial institution.  The robber verbally demanded money from a teller and showed the teller a silver semi-automatic handgun that he was carrying in his coat pocket.  The teller gave the bank robber $1,531.00, after which the suspect left the bank.  The suspect was given a dye pack which exploded shortly after the suspect fled the bank.  Eyewitnesses described the robber as a black male in his late 40's to early 50's, approximately 5'4", medium build, with thick glasses.  The robber was wearing a black knit hat, black coat, and blue jeans.  The bank surveillance cameras inside the bank did not operate; however, clear video was obtained of the robber leaving the bank.

6.  On February 2, 2007, at approximately 1:35 p.m., a lone black male robbed the BB&T Bank, xxx H Street NW, Washington, DC, a federally insured financial institution.  The robber verbally demanded money from a teller and showed the teller a silver handgun that he was carrying in his coat pocket.  The teller gave the bank robber $1,943.00, after which the suspect left the bank.  Eyewitnesses described the robber as a black male in his late 40's to early 50's, between approximately 5'7" and 5'8", with a mustache and thick glasses.  The robber was wearing a dark knit hat, blue jacket with big pockets and a hood, and black jeans.  Clear

3

photographs of the robber were obtained from the bank surveillance cameras.

7. On February 26, 2007, at approximately 11:20 a.m., a lone black male attempted to rob the Adams National Bank, xxx 7th Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver handgun that he was carrying in his coat pocket. The teller stated that she could not understand the suspect. The suspect became agitated and departed the bank on foot. There was no loss to the bank. Eyewitnesses described the robber as a black male in his late 40's to mid 50's, between approximately 5'8" and 5'9", medium build, with a mustache and thick glasses. The robber was wearing a black coat with a hood and blue jeans. Clear photographs of the robber were obtained from the bank surveillance cameras.

8. On June 18, 2007, at approximately 12:24 p.m., a lone black male robbed Wachovia Bank, xxxx K Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver object, which the teller believed was a handgun, wrapped in a white cloth that he was carrying in his left hand. The teller gave the bank robber $1,150.00, after which the suspect left the bank. Eyewitnesses described the robber as black male, in his mid-to-late 50's, between approximately 5'7" and 5'9", medium build, with a mustache and thick glasses. The robber was wearing a blue baseball hat and a light blue collared shirt. Clear photographs of the robber were obtained from the bank surveillance cameras.

9. On June 29, 2007, at approximately 9:21 a.m., a lone black male robbed the United Bank, xxxx I Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and stated that he had a gun folded in a newspaper and

4

wrapped in a blue terrycloth towel.  The teller gave the bank robber $1,070.00, after which the

suspect left the bank.  Eyewitnesses described the robber as  black male, approximately 40-50

years old, between approximately 5'6" and 5'8", slim build, with a mustache and thick glasses.

The robber was wearing a blue collared shirt with bright green and white stripes .  Clear

photographs of the robber were obtained from the bank surveillance cameras.

    10.  On July 11, 2007, at approximately 9:30 a.m., a lone black male robbed Wachovia

Bank, xxxx Connecticut NW, Washington, DC, a federally insured financial institution.  The

robber verbally demanded money from a teller and stated that he had a gun.  The teller gave the

bank robber $1,563.00, after which the suspect left the bank.  Eyewitnesses described the robber

as  black male, in his mid-to-late 50's, between approximately 5'7" and 5'9", medium build, with

a mustache and thick glasses.  The robber was wearing a light blue, white, and green collared

shirt.  Clear photographs of the robber were obtained from the bank surveillance cameras.

    11.  On July 16, 2007,  at approximately 1:10 p.m., a lone black male robbed Citibank,

xxxxx Columbia Road NW, Washington, DC, a federally insured financial institution.   The

robber verbally demanded money from a teller by stating he had a gun.  The teller gave the bank

robber $2,880.00, after which the suspect left the bank.  Eyewitnesses described the robber as a

black male, medium complexion, in his 50's, between approximately 5'5" and 5'9", weighing

approximately 170-180 lbs, with a mustache and thick glasses.  The robber was wearing a dark

blue t-shirt with writing on the left breast and a logo on the left sleeve, believed to be Reebok or

Speedo, and jean shorts.  Clear photographs of the robber were obtained from the bank

surveillance cameras.  In addition, evidence technicians recovered a business card from the

counter where the suspect was waiting for an available teller before he committed the robbery.

5

12.  On Monday, July 23, 2007, at approximately 1:50 p.m., a lone black male walked into the Suntrust Bank, xxx L'Enfant Plaza SW, Washington, DC, a federally insured financial institution, and verbally demanded money from a teller by stating that he had a gun.   The teller gave the bank robber $11,210.00, after which the suspect left the bank.  Eyewitnesses described the man who robbed the bank as a black male, medium complexion, in his 50's, approximately 5'9", slender build, and weighing approximately 140-145 lbs, with a mustache and thick glasses. The robber was wearing a short-sleeved, button-up shirt with cars on it, and light colored pants . Clear photographs of the robber were obtained from the bank surveillance cameras.

13.  Your affiant and other law enforcement officers compared surveillance photographs from the nine bank robberies and determined that the individual depicted in the photographs appears to be similar in age, height, weight, complexion, facial hair and facial characteristics.  In addition, the glasses worn by the robber in all nine robberies appeared to be very similar.

14.  On or about July 23, 2007, a wanted poster containing surveillance photographs from the July 23, 2007, bank robbery was forwarded to the Court Services and Offender Supervision Agency (CSOSA).  On  July 24, 2007, a supervisor in the CSOSA office contacted investigators and indicated that the individual in the wanted flyer was **JEROME MARSHALL CARTER**.

15.  On July 24, 2007, investigators showed a wanted posted containing surveillance photographs from the July 16, 2007, bank robbery to the proprietor of the business listed on the business card recovered from the scene.  The proprietor identified the individual in the photographs as a client of the business named **JEROME CARTER**.

6

16.  On July 25, 2007, investigators obtained photographs of **JEROME MARSHALL CARTER**, date of birth April 12, 1949.  **JEROME MARSHALL CARTER** is 58 years old, 5'9", and weighed 175 lbs at the time the most recent photograph was taken.  **CARTER'**s appearance in the photographs is similar in weight, build, complexion, facial hair and facial characteristics to the appearance of the individual depicted in the bank surveillance photographs. In one of the photographs, **JEROME MARSHALL CARTER** also is wearing glasses that appear to be identical to those worn by the bank robber.

17.  On July 25, 2007, a photo spread identification procedure was conducted with the Citibank teller who was robbed on July 16, 2007.  A photo array consisting of nine photographs of individuals of similar appearance was provided to the teller for review. The teller stated that the photograph depicting **JEROME MARSHALL CARTER** appeared to be the man who robbed the Suntrust Bank on July 23, 2007, but she could not be 100% certain because none of the individuals shown in the photo array was wearing glasses.

18.  On July 25, 2007, a photo spread identification procedure was conducted with the Suntrust teller who was robbed on July 23, 2007.  A photo array consisting of nine photographs of individuals of similar appearance was provided to the teller for review.  The teller positively identified the photograph depicting **JEROME MARSHALL CARTER** as the man who robbed the Suntrust Bank on July 23, 2007.  The teller stated that she was 100% certain the man identified in the photo array was the man who robbed her on July 23, 2007.

19.  Open source database checks for **JEROME MARSHALL CARTER**, date of birth April 12, 1949, list a residence at 425 2nd Street NW, Washington, DC.  The Mitch Snyder Homeless Shelter is located at that address.  On July 27, 2007, investigators went to the Mitch

7

Snyder Homeless Shelter and learned that **JEROME MARSHALL CARTER** is registered at the shelter and is assigned bunk 162. Security staff showed investigators where bunk 162 was located and advised that there is a gray, metal locker associated with that specific bed. Investigators showed photographs of **JEROME MARSHALL CARTER** to other residents of the shelter who confirmed that **JEROME MARSHALL CARTER** frequently sleeps in bed 162 and last was seen at the shelter on July 24, 2007.

20. Based on your affiant's training and experience, along with training and experience of other agents and law enforcement officers, your affiant knows that individuals who rob banks often keep evidence of the crimes they commit with them. These items often include money, bank money wrappers, maps depicting the locations of banks and escape routes, weapons, items of clothing worn during the robberies, and clothing discolored from a dye-pack activation.

21. Based on the foregoing, there is probable cause to believe that between on or about January 10, 2007 and July 23, 2007, within the District of Columbia, the defendant, **JEROME MARSHALL CARTER**, did unlawfully, knowingly and intentionally, rob and attempt to rob nine banks, as set forth above, in violation of 18 U.S.C. 2113(a), and that the clothing and

8

instrumentalities of these crimes are located in a gray, metal locker assigned to bunk 162 at the

Mitch Snyder Homeless Shelter, xxx x$^{nd}$ Street NW, Washington, DC.

_____
Sean M. Fitzgerald, Special Agent
Federal Bureau of Investigation


Sworn and subscribed to before me this _____day of  July, 2007


_____
United States Magistrate Judge
District of Columbia

**ATTACHMENT A**

Bunk xxx and associated gray, metal locker at the Mitch Snyder Homeless Shelter, xxx xnd Street NW, Washington, DC.  The building sits on xnd Street NW, between C Street NW and D Street NW.  The main entrance faces to the west.  The building is a three story building, with two stories above ground and a basement.  Bunk xxx is on the first floor and is the top bunk of a set of bunk beds located to the far northwest side of the row.  The gray, metal locker is located to the immediate right side of bed xxx.

**ATTACHMENT B**
Items to be Seized

1. Articles of clothing, including but not limited to:
    a.    black knit hat
    b.    blue knit hat
    c.    black coats
    d.    blue coats
    e.    light blue collared shirt
    f.    blue baseball hat
    g.    blue short sleeved, collared shirt with green and white stripes
    h.    light blue, white and green collared shirt
    i.    dark blue t-shirt with writing along the left breast and a logo on the left sleeve resembling Reebok or Speedo
    j.    short-sleeved, button-up shirt with pictures of cars
    k.    blue terrycloth towel
    l.    white cloth

2. Weapons, including but not limited to, a silver gun.

3. Maps and/or items displaying the location of banking institutions or Metro stations and routes.

4. US currency.

5. US Currency wrappers.

6. Receipts of recent purchases made with cash.

7. Items to prove ownership and means of purchase of a 1999 black Chevrolet Tahoe, VIN xxxxxxxxxxxxxxxxxx, DC temporary tag xxxxxxx.

8. Documents related to JEROME MARSHALL CARTER, including but not limited to, cellular telephone bills, hotel receipts, Metro passes, mail, and proof of residency.