AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

bunk 162 and associated gray, metal locker
at the Mitch Snyder Homeless Shelter
located at 425 2nd Street NW, Washington DC

**SEARCH WARRANT**

CASE NUMBER: 07-387-M-01

TO: __Sean Fitzgerald__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Sean Fitzgerald_ who has reason to believe that
(name, description and or location)

in bunk 162 and associated gray, metal locker at the Mitch Snyder Homeless Shelter located at 425 2nd Street NW

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

US currency, clothing, weapons, receipts of recent purchases, and other evidence, fruits and instrumentalities of bank robbery

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___August 10, 2007___
                                                         (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 31 2007 @ 12:22 PM           at Washington, D.C.

Date: DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>07/31/2007 | DATE AND TIME WARRANT EXECUTED<br>07/31/2007; 4:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>JAMES BURTON |
| INVENTORY MADE IN THE PRESENCE OF   SPECIAL AGENT JEFFORY JOHANNES, FBI | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

FILED
AUG 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                             8-14-07
U.S. Judge or U.S. Magistrate Judge                       Date

FD-597 (Rev 8-11-94) of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 91A-WF-236677

On (date) 07/31/2007

item(s) listed below were:
- [✓] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____

(Street Address) 425 2nd Street NW, Washington, DC

(City) _____

Description of Item(s):

1 - white envelope
Bus Tickets
Fanny Pack
U.S. Currency - $20 bill & $100 bill
1 - Shirt
1 - Pair of Pants

NOTHING ELSE FOLLOWS
Aaron Haass
SA Aaron Haass
07/31/2007

Received By: Aaron Haass
SA Aaron (Signature)

Received From: James Benton
(Signature)

Case 1:07-mj-00387-DAR    Document 2    Filed 08/14/2007    Page 4 of 4